In re:

Patricia Perry                                    **Chapter 7**
            **Debtor(s)**                         **Case No.: 26-41320-mar**
                                                  **Hon. Mark A. Randon**

Last four digits Social Security: 2572
**5990 Hereford St**
**Detroit, MI 48224**

_____/

# LETTER OF JACQUELINE E. ARD

## REGARDING REAL PROPERTY LOCATED AT

## 15826 APPOLINE STREET, DETROIT, MICHIGAN 48227

---

## TO THE HONORABLE COURT AND THE CHAPTER 7 TRUSTEE:

I, Jacqueline Elizabeth Ard, respectfully submit this letter to provide clarification regarding the real property located at **15826 Appoline Street, Detroit, Michigan 48227** (the "Property"), which has been listed by the debtor, Patricia Perry, on her amended Schedule A/B.

This letter is intended to assist the Court and the Trustee in determining the true ownership and equitable interest in the Property.

# 1. Purchase and Funding

On or about November 8, 2017, the Property was acquired through the Detroit Land Bank Authority auction program for a purchase price of $1,300.00, with total closing costs of $2,250.28.

I provided **100% of the funds** necessary to complete the purchase and closing.
Ms. Perry did **not contribute any funds** toward the acquisition.

1

## 2. Initial Placement of Title

Title to the Property was initially placed solely in Ms. Perry's name because she submitted the winning bid through the Land Bank program.

However, after the bid was accepted, Ms. Perry was unable to complete the purchase financially, and I assumed full financial responsibility for closing and acquisition.

## 3. Agreement and Intent of the Parties

Ms. Perry and I agreed that:

- I would **fund the purchase and rehabilitation** of the Property; and
- The Property would ultimately be **owned and controlled by me**.

Initially, the understanding was that the Property, a three-unit dwelling, would be shared. However, after learning the significant scope and cost of required rehabilitation, Ms. Perry agreed that I would assume **full ownership**.

In furtherance of that agreement:

- I paid Ms. Perry **$500.00** as consideration; and
- Ms. Perry agreed to transfer all of her interest in the Property to me.

At all times, Ms. Perry's role was limited to holding temporary legal title, while I held the beneficial and equitable interest.

## 4. Detroit Land Bank Compliance Requirements

The Property was subject to strict compliance requirements imposed by the Detroit Land Bank Authority, including rehabilitation obligations and restrictions on transfer prior to compliance clearance.

I notified the Land Bank that I had assumed responsibility for the Property, and from that point forward, I:

- Coordinated directly with the Land Bank;
- Undertook all required repairs; and
- Managed the compliance process in its entirety.

## 5. Execution of Deed and Recording Delay

On or about May 31, 2019, Ms. Perry executed a deed transferring the Property to me.

Due to Land Bank restrictions, the deed could not be recorded until compliance requirements were satisfied and the Property was cleared.

The rehabilitation and compliance process took approximately six (6) years to complete.

After compliance clearance was obtained, the deed was not recorded due to administrative oversight, as it had been misplaced during the extended repair period and was ultimately destroyed before recording could occur.

The failure to record was not intentional, nor was it done to mislead creditors or conceal ownership.

# 6. Current Condition of the Property

The Property consists of a **three-unit structure**.

As of the date of this letter:

- One unit is approximately **90% complete**;
- Two units remain **unfinished and not habitable**; and
- The Property remains in a **partially rehabilitated condition**.

# 7. Financial Responsibility and Control

Since acquisition in 2017, I have been solely responsible for:

- Property taxes;
- Rehabilitation and construction costs;
- Maintenance and repairs;
- Utilities and insurance; and
- All other carrying costs.

Ms. Perry has **not contributed financially** at any time.

I maintain documentation supporting these expenditures, including:

- Tax records;
- Receipts and invoices;
- Proof of payment; and
- Correspondence with the Land Bank.

These documents are available for immediate review upon request.

# 8. Debtor's Lack of Equitable Interest

Ms. Perry retains, at most, **bare legal title** due to the unrecorded status of the deed.

She holds **no equitable or beneficial interest** in the Property.

The Property has at all times been:

- Funded by me;
- Controlled by me; and
- Intended to be owned by me.

Accordingly, the Property is held by Ms. Perry, if at all, **in trust for my benefit**, and does not represent a true asset of her bankruptcy estate under 11 U.S.C. § 541.

# 9. Supporting Documentation

I am prepared to provide the following documentation:

- Detroit Land Bank closing documents (November 8, 2017);
- Proof of funds used for purchase and closing;
- Correspondence confirming my assumption of responsibility;
- Compliance and inspection clearance documentation;
- Property tax records (2017–present);
- Repair and rehabilitation records; and
- Any additional documentation requested by the Trustee.

# 10. Request for Guidance

I respectfully request guidance from the Chapter 7 Trustee regarding the preferred procedure to resolve this matter.

Specifically, I ask whether the Trustee would prefer that I:

**(a)** Submit all supporting documentation for review prior to formal litigation; or

**(b)** Proceed with filing a formal request, including:

- A motion for determination of ownership;
- A motion for abandonment; or
- An adversary proceeding to determine the extent and validity of the estate's interest in the Property.

I am fully prepared to cooperate and provide any documentation, testimony, or additional information requested.

## 11. Declaration

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

Signature _____  3-18-2026

Jacqueline Ard
21215 Dartmouth Drive
Southfield, MI 48076
jacquelineard72@gmail.com

5