# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION (DETROIT)

In re:

Patricia Perry

**Debtor(s)**

Chapter 7
Case No.: 26-41320-mar
Hon. Mark A. Randon

Last four digits Social Security: 2572
**5990 Hereford St**
**Detroit, MI 48224**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I served copies as follows:

1. Correspondence Letter to Trustee

Served upon the following:

By electronic delivery (Email)
**Trustee:**
**Stuart A. Gold**
24901 Northwestern Highway ste 444
Southfield, MI 48075
trusteegold@glmpc.com

**Debtor Attorney:**
**Sharon Kay Grace-Moore**
33228 W. 12 Mile Road ste 160
Farmington Hills, MI 48331
sgmieb@yahoo.com

Signature _____ 3·18·26
Jacqueline Ard
21215 Dartmouth Drive
Southfield, MI 48076
jacquelineard72@gmail.com