UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

      Debtor.

_____/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**TRUSTEE'S OBJECTION TO DEBTOR'S
AMENDED CLAIM OF EXEMPTIONS**

The Chapter 7 Trustee, Stuart A. Gold, by and through his attorney, Sandra O'Connor Law, PLLC, files this Objection to the Debtor's Amended Claim of Exemptions.   (See Exhibit 1.)

**Jurisdiction**

1.     This is a contested matter brought pursuant to Fed. R. Bankr. P. 4003(b) and 9014.

2.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B), over which this Court has jurisdiction pursuant to 28 U.S.C. §§ 157(b)(1) and 1334.

**Statement of Facts**

3.     On February 9, 2026, Patricia Perry ("the Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

4.     Stuart A. Gold is the duly appointed Chapter 7 Trustee in this case.

5. The Debtor claims an exemption in the property located at 15826 Appoline, Detroit, Michigan ("the Property") on her March 17, 2026 amended Schedule C in the amount of $5,250.00 under 11 U.S.C. § 522(d)(5).

6. The Debtor executed a quitclaim deed for the Property pre-petition to transfer her interest in the Property to Jacqueline E. Ard. The deed was never recorded.

**Argument**

7. The Debtor's claim of exemption in the Property should be denied under 11 U.S.C. § 522(g).

8. 11 U.S.C. § 522(g) only allows a debtor to claim an exemption in transferred property recoverable under 11 U.S.C. § 550 if the "transfer was not a voluntary transfer of such property by the debtor". 11 U.S.C. § 522(g)(1)(A).

9. Since the Property was voluntarily transferred by the Debtor to Jacqueline E. Ard, the Trustee is entitled to avoid the transfer of the Property under 11 U.S.C. § 544(a) and to recover the Property under 11 U.S.C. § 550, and the Debtor is not entitled to exempt it due to the application of 11 U.S.C. § 522(g).

WHEREFORE, the Trustee respectfully requests that this Court enter the proposed Order Sustaining Trustee's Objection to Debtor's Amended Claim of Exemptions attached hereto as Exhibit 1.

2

Respectfully submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: April 7, 2026

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                          Chapter 7
                                                        Case No. 26-41320-MAR
     Debtor.                                          Hon. Mark A. Randon

_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIM OF EXEMPTIONS

This matter having come before Court pursuant to the Trustee's Objection to Debtor's Amended Claim of Exemptions, notice having been served upon the Debtor pursuant to applicable bankruptcy rules; no objection or request for hearing having been made or filed in response; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Trustee's Objection to Debtor's Amended Claim of Exemptions is sustained.

IT IS FURTHER ORDERED that the Debtor's March 17, 2026 amended exemption of $5,250.00 under 11 U.S.C. § 522(d)(5) in the property located at 15826 Appoline, Detroit, Michigan is disallowed.

## EXHIBIT 1

IN THE MATTER OF:

PATRICIA PERRY,                        Chapter 7
                                        Case No. 26-41320-MAR

        Debtor.                    Hon. Mark A. Randon

_____/

5990 Hereford St.
Detroit, MI 48224
xxx-xx-2572

## NOTICE OF TRUSTEE'S OBJECTION TO DEBTOR'S
## AMENDED CLAIM OF EXEMPTIONS

Stuart A. Gold, the Chapter 7 Trustee, has filed an Objection to Debtor's Amended Claim of Exemptions.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, within fourteen (14) days, you or your attorney must:

1.    File with the court a written response or an answer, explaining your position, at[1]:

United States Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street
Detroit, Michigan 48226

---

[1] Objection or request for hearing must comply with F.R. Civ. P. 8(b), (c) and (e).

## EXHIBIT 2

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

Sandra L. O'Connor, Esq.
Sandra O'Connor Law, PLLC
100 N. Pond Drive, Suite A
Walled Lake, MI 48390

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the objection and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

SANDRA O'CONNOR LAW, PLLC

Dated: April 7, 2026

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com

IN THE MATTER OF:

PATRICIA PERRY,                                Chapter 7
                                               Case No. 26-41320-MAR
        Debtor.                                Hon. Mark A. Randon

_____/

**BRIEF IN SUPPORT OF TRUSTEE'S OBJECTION
TO DEBTOR'S AMENDED CLAIM OF EXEMPTIONS**

The Trustee relies upon the statutes cited in his Objection to Debtor's

Amended Claim of Exemptions.

                                               Respectfully submitted,

                                               SANDRA O'CONNOR LAW, PLLC

Dated: April 7, 2026                           /s/ Sandra L. O'Connor_____
                                               SANDRA L. O'CONNOR (P70984)
                                               Attorney for Trustee
                                               100 N. Pond Drive, Suite A
                                               Walled Lake, MI 48390
                                               (248) 817-6669
                                               sandra@sandraoconnorlaw.com

# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                    Chapter 7
                                                   Case No. 26-41320-MAR
            Debtor.                                Hon. Mark A. Randon
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed (1) Trustee's Objection to Debtor's Amended Claim of Exemptions, (2) Proposed Order, (3) Notice, (4) Brief, and (5) Certificate of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Office of the U.S. Trustee                 Stuart A. Gold, Esq.

Sharon Kay Grace-Moore, Esq.

and I also hereby certify that on April 7, 2026, I have mailed by First Class Mail with the United States Postal Service (1) Trustee's Objection to Debtor's Amended Claim of Exemptions, (2) Proposed Order, (3) Notice, (4) Brief, and (5) Certificate of Service to the following non-ECF participants:

Patricia Perry
5990 Hereford St.
Detroit, MI 48224

## EXHIBIT 4

SANDRA O'CONNOR LAW, PLLC

Dated: April 7, 2026

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com