UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                Chapter 7
                                            Case No. 26-41320-MAR
    Debtor.                             Hon. Mark A. Randon

_____/

**STATEMENT OF CONSENT**

The Office of the United States Trustee hereby has reviewed the Trustee's

Application to Employ Counsel and does not object to the employment of Sandra

O'Connor Law, PLLC for the Chapter 7 Trustee, Stuart A. Gold.

                                         ANDREW R. VARA
                                         UNITED STATES TRUSTEE

Dated: April 8, 2026                   _/s/ Jill M. Gies_____
                                          Jill M. Gies
                                          Trial Attorney
                                          Office of the U.S. Trustee
                                          211 W. Fort St., Suite 700
                                          Detroit, Michigan 48226
                                          313-226-7999