UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
_________________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**ORDER AUTHORIZING EMPLOYMENT OF SANDRA O'CONNOR LAW, PLLC AS COUNSEL FOR CHAPTER 7 TRUSTEE**

The Trustee having filed his Application to Employ Sandra O'Connor Law, PLLC as Counsel for Trustee with attached Statement of Disinterestedness; the Office of the United States Trustee having concurred in the Application; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

(A) Sandra O'Connor Law, PLLC and its attorney Sandra L. O'Connor are authorized to act as counsel for the Chapter 7 Trustee in this case pursuant to the terms and conditions set forth in the Application and its supporting Statement of Disinterestedness;

(B) Compensation may be paid after application and after Court order authorizing payment.

**Signed on April 9, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**