UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                              Chapter 7
                                             Case No. 26-41320-MAR
        Debtor.                              Hon. Mark A. Randon
_____/

**CERTIFICATE OF NO RESPONSE**

Pursuant to E.D. Mich. LBR 9014-1, I hereby certify that no response to the Trustee's Objection to Debtor's Amended Claim of Exemptions ("the Objection") was timely served upon the undersigned. The Objection and Notice of same were filed with the Court and served upon interested parties on April 7, 2026 by the undersigned, as evidenced by the Certificate of Service previously filed on April 7, 2026.

                                    Respectfully Submitted,

                                    SANDRA O'CONNOR LAW, PLLC

Dated: April 27, 2026               /s/ Sandra L. O'Connor_____
                                    SANDRA L. O'CONNOR (P70984)
                                    Attorney for Trustee
                                    100 N. Pond Drive, Suite A
                                    Walled Lake, MI 48390
                                    (248) 817-6669
                                    sandra@sandraoconnorlaw.com