UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                    Chapter 7
                                                   Case No. 26-41320-MAR
    Debtor.                    Hon. Mark A. Randon

_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIM OF EXEMPTIONS

This matter having come before Court pursuant to the Trustee's Objection to Debtor's Amended Claim of Exemptions, notice having been served upon the Debtor pursuant to applicable bankruptcy rules; no objection or request for hearing having been made or filed in response; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Trustee's Objection to Debtor's Amended Claim of Exemptions is sustained.

IT IS FURTHER ORDERED that the Debtor's March 17, 2026 amended exemption of $5,250.00 under 11 U.S.C. § 522(d)(5) in the property located at 15826 Appoline, Detroit, Michigan is disallowed.

**Signed on April 27, 2026**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**