UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                  Chapter 7
                                                 Case No. 26-41320-MAR
          Debtor.                                Hon. Mark A. Randon

_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on April 27, 2026, I electronically filed this Certificate of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

  Office of the U.S. Trustee                    Stuart A. Gold, Esq.

  Sharon Kay Grace-Moore, Esq.


and I also hereby certify that on April 27, 2026, I have mailed by First Class Mail with the United States Postal Service the Court's April 27, 2026 Order Sustaining Trustee's Objection to Debtor's Amended Claim of Exemptions to the following non-ECF participants:

Patricia Perry
5990 Hereford St.
Detroit, MI 48224


                                    SANDRA O'CONNOR LAW, PLLC

Dated: April 7, 2026                             /s/ Sandra L. O'Connor
                                                 SANDRA L. O'CONNOR (P70984)
                                                 Attorney for Trustee
                                                 100 N. Pond Drive, Suite A
                                                 Walled Lake, MI 48390
                                                 (248) 817-6669
                                                 sandra@sandraoconnorlaw.com