# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 26-41320-TJT
**Case Name:** PATRICIA PERRY

**Trustee Name:** (420360) Stuart A. Gold
**Date Filed (f) or Converted (c):** 02/09/2026 (f)
**§ 341(a) Meeting Date:** 03/05/2026

**For Period Ending:** 07/21/2026

**Claims Bar Date:**

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 2007 GMC G6, 150000 MILES | 3,000.00 | 0.00 | | 0.00 | FA |
| 2 SOFAS, TABLES, CHAIRS, BEDS, LAMPS, ETC. | 4,300.00 | 0.00 | | 0.00 | FA |
| 3 TVS, COMPUTERS, PHONES, TABLET | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 USED CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 5 COSTUME JEWELRY | 350.00 | 0.00 | | 0.00 | FA |
| 6 CASH | 25.00 | 0.00 | | 0.00 | FA |
| 7 CHECKING ACCOUNT: PNC BANK | 200.00 | 0.00 | | 0.00 | FA |
| 8 OTHER FINANCIAL ACCOUNT: CASH APP | 0.00 | 0.00 | | 0.00 | FA |
| 9 2025: FEDERAL | 500.00 | 0.00 | | 0.00 | FA |
| 10 LAWSUIT AGAINST PREVIOUS EMPLOYER FOR BACK WAGES | 11,500.00 | Unknown | | 0.00 | Unknown |
| **10** Assets Totals (Excluding unknown values) | **$24,175.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/29/2026 Order Granting TOTE
4/7/2026 - AP vs Ard
4/10/2026 - Obj. to Exemptions
04/10/2026 - Order Authorizing Employment of Sandra O'Connor Law PLLC
04/08/2026 - App to Employ Sandra O'Connor Law PLLC
4/6/26 - File to Sandra O'Connor to review

**Initial Projected Date Of Final Report (TFR):** 04/16/2028

**Current Projected Date Of Final Report (TFR):** 04/16/2028

07/21/2026
_____
Date

/s/Stuart A. Gold
_____
Stuart A. Gold