# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 26−41320−mar
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Patricia Perry
   5990 Hereford St
   Detroit, MI 48224

Social Security No.:
   xxx−xx−2572

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:

**October 23, 2026**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form 410") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A proof of claim may be mailed to the clerk's office for filing. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope. A proof of claim may also be filed electronically using the Electronic Proof of Claim (ePOC) program located on the Michigan Eastern Bankruptcy Court's website: (https://www.mieb.uscourts.gov).

There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim in this case need not file another proof of claim.**

Dated: 7/22/26

                                                    BY THE COURT



                                                    Todd M. Stickle , Clerk of Court
                                                    U.S. Bankruptcy Court

In re:

Case No. 26-41320-mar

Patricia Perry

Chapter 7

Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Perry, 5990 Hereford St, Detroit, MI 48224-2056 |
| 28804851 | + Lendumo Lending, PO Box 542, Lac Du Flambeau, WI 54538-0542 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 28804848 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 22 2026 22:55:00 | Credit Acceptance, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 28804850 | EDI: DTEE.COM | Jul 23 2026 02:39:00 | DTE Energy, Attn: Bankruptcy Dept., P.O. Box 740786, Cincinnati, OH 45274-0786 |
| 28804849 | ^ MEBN | Jul 22 2026 22:55:51 | Detroit Water and Sewerage Dept, Attn: Bankruptcy Dept, Po Box 554899, Detroit, MI 48255-4899 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name                        Email Address**

Sandra L. O'Connor

on behalf of Trustee Stuart A. Gold sandra@sandraoconnorlaw.com

Sandra L. O'Connor

on behalf of Plaintiff Stuart A. Gold sandra@sandraoconnorlaw.com

Sharon Kay Grace-Moore

on behalf of Debtor Patricia Perry sgmieb@yahoo.com

Stuart A. Gold

trusteegold@glmpc.com  MI33@ecfcbis.com


TOTAL: 4