IN THE MATTER OF:

PATRICIA PERRY,                                    Chapter 7
                                                   Case No. 26-41320-MAR
        Debtor.                                    Hon. Mark A. Randon
_____/

## APPLICATION FOR AUTHORITY TO EMPLOY CENTURY 21 CURRAN & OBERSKI AS REAL ESTATE BROKER FOR TRUSTEE

Stuart A. Gold, the Chapter 7 Trustee, by his counsel Sandra O'Connor Law, PLLC, submits this Application for Authority to Employ Century 21 Curran & Oberski as Real Estate Broker for Trustee pursuant to E.D. Mich. LBR 2014-1(a), E.D. Mich. LBR 2014-1(d), Fed. R. Bankr. P. 2014, and 11 U.S.C. § 327(a). (See Exhibit A).

IN SUPPORT of the Application, the Trustee states:

1.      On February 9, 2026, Patricia Perry ("the Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2.      Stuart A. Gold is the duly appointed Chapter 7 Trustee in this case.

3.      The bankruptcy estate has an interest in real property located 15826 Appoline, Detroit, Michigan 48227 ("the property").[1]

---

[1] The Trustee previously filed an adversary proceeding to avoid an unperfected transfer of the property to Jacqueline Ard. Jacqueline Ard subsequently advised Trustee's counsel that she had a pending Chapter 7 bankruptcy case in South Carolina. The Trustee has reached an agreement with the South Carolina trustee to compromise, which will involve the sale of the property. A motion to compromise will be filed in the near future to obtain Court approval.

4. The Trustee requires the assistance of a real estate broker to inspect the property and to market and sell the property. The Trustee seeks to employ real estate broker Fadie Ghallozi of Century 21 Curran & Oberski. Fadie Ghallozi and Century 21 Curran & Oberski have extensive experience evaluating and selling property in Wayne County, Michigan.

5. Fadie Ghallozi is a licensed real estate associate broker in good standing.

6. Assuming that the bankruptcy estate collects sufficient funds to allow for payment, the Trustee has agreed to pay Mr. Ghallozi an hourly fee of $100.00 for property inspection and consultation services. Mr. Ghallozi estimates that the property inspection and consultation services will take approximately two (2) hours per property. However, if any property is listed and sold, Mr. Ghallozi's compensation will be limited to a sales commission.

7. Mr. Ghallozi's sales commission, subject to Court approval, will be six percent (6%) of the gross proceeds realized from the sale of the property.

8. Any compensation awarded Mr. Ghallozi will be paid after application and approval by this Court.

9. A Verified Statement of Disinterestedness is submitted with this application as Exhibit B as required by Rule 2014 of the Federal Rules of Bankruptcy Procedure.

2

WHEREFORE, the Trustee requests this Court enter an Order Authorizing Trustee to Employ Real Estate Broker, with compensation and reimbursement of expenses subject to Court approval.

Respectfully Submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: July 27, 2026

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com

3

IN THE MATTER OF:

PATRICIA PERRY,

      Debtor.

_____/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

## ORDER AUTHORIZING TRUSTEE TO EMPLOY CENTURY 21 CURRAN & OBERSKI AS REAL ESTATE BROKER FOR TRUSTEE

This matter having come before the Court upon the Trustee's Application for Authority to Employ Century 21 Curran & Oberski as Real Estate Broker for Trustee (the "Application") with attached Statement of Disinterestedness; the Office of the United States Trustee having consented to the Application; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Trustee is authorized to employ Fadie Ghallozi and Century 21 Curran & Oberski as real estate agent and broker with compensation not to exceed six percent (6%) of the gross proceeds from the sale of property if property is sold, or compensation not to exceed $100.00 per hour for property inspection and consultation services if no property is sold.

IT IS FURTHER ORDERED that all compensation and reimbursement of expenses shall be made only after prior approval of the Court.

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                    Chapter 7
                                                   Case No. 26-41320-MAR
          Debtor.                                  Hon. Mark A. Randon
_____/

**VERIFIED STATEMENT OF DISINTERESTEDNESS**

Fadie Ghallozi states as follows:

1.     I am a licensed associate broker whose offices are located at 24711 Michigan Ave., Dearborn, Michigan 48124.

2.     I am familiar with the Trustee's Application to Employ Real Estate Broker and the real property described therein.

3.     In compliance with 11 U.S.C. § 327(a), I do not hold any interest adverse to the above-referenced estate, and I am a disinterested person as defined in 11 U.S.C. § 101(14).

4.     Pursuant to Fed. R. Bankr. P. 2014, I do not have any connections with the debtor, creditors, or any other party in interest, including their respective accountants and attorneys, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

# EXHIBIT B

5.    In order to evaluate my disinterestedness, I have reviewed the matrix of creditors in this case and I have determined that neither I nor any other independent contractors nor employees of Century 21 Curran & Oberski have any relevant connections to any of the parties in this case that would result in an interest materially adverse to the interest of the estate or its creditors. Moreover, as it pertains to the self-employed, independent contractors on our roster, each person has their own clients and the identity of their clients has no bearing on my representation of the estate because each independent contractor has their own fiduciary relationship with their client(s). And, as such, information shared between the contractor and client is privileged.

6.    I understand that all compensation and reimbursement of expenses are subject to Court review and approval.

7.    I verify under penalty of perjury that the information provided in this statement of disinterestedness is true and accurate.


Dated: July 27, 2026                              /s/ Fadie Ghallozi
                                                  Fadie Ghallozi
                                                  Century 21 Curran & Oberski
                                                  24711 Michigan Ave.
                                                  Dearborn, MI 48124
                                                  (313) 203-8262

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                  Chapter 7
                                                 Case No. 26-41320-MAR
          Debtor.                                Hon. Mark A. Randon
_____/

## CERTIFICATE OF SERVICE

      I hereby certify that on July 27, 2026, I electronically filed the (1) Application to Employ Century 21 Curran & Oberski as Real Estate Broker for Trustee, (2) Proposed Order Authorizing Trustee to Employ Century 21 Curran & Oberski as Real Estate Broker for Trustee, (3) Statement of Disinterestedness, and (4) Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee        Stuart A. Gold, Esq.

Sharon Kay Grace-Moore, Esq.


                                        SANDRA O'CONNOR LAW, PLLC

Dated: July 27, 2026            /s/ Sandra L. O'Connor
                                        SANDRA L. O'CONNOR (P70984)
                                        Attorney for Trustee
                                        100 N. Pond Drive, Suite A
                                        Walled Lake, MI 48390
                                        (248) 817-6669
                                        sandra@sandraoconnorlaw.com