UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                              Chapter 7
                                             Case No. 26-41320-MAR
        Debtor.                              Hon. Mark A. Randon
_____/

**STATEMENT OF CONSENT**

The Office of the United States Trustee hereby has reviewed the Application

for Authority to Employ Century 21 Curran & Oberski as Real Estate Broker for

Trustee and does not object to the employment of Fadie Ghallozi and Century 21

Curran & Oberski as real estate broker for the Chapter 7 Trustee Stuart A. Gold.

                                   ANDREW R. VARA
                                   UNITED STATES TRUSTEE

Dated: July 27, 2026              /s/ Jill M. Gies
                                  Jill M. Gies
                                  Trial Attorney
                                  Office of the U.S. Trustee
                                  211 West Fort Street, Suite 700
                                  Detroit, MI 48226
                                  (313) 226-7999