UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
_______________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**ORDER AUTHORIZING TRUSTEE TO EMPLOY CENTURY 21 CURRAN & OBERSKI AS REAL ESTATE BROKER FOR TRUSTEE**

This matter having come before the Court upon the Trustee's Application for Authority to Employ Century 21 Curran & Oberski as Real Estate Broker for Trustee (the "Application") with attached Statement of Disinterestedness; the Office of the United States Trustee having consented to the Application; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that the Trustee is authorized to employ Fadie Ghallozi and Century 21 Curran & Oberski as real estate agent and broker with compensation not to exceed six percent (6%) of the gross proceeds from the sale of property if property is sold, or compensation not to exceed $100.00 per hour for property inspection and consultation services if no property is sold.

IT IS FURTHER ORDERED that all compensation and reimbursement of expenses shall be made only after prior approval of the Court.

**Signed on July 28, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**