UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
____________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**CERTIFICATE OF NO RESPONSE**

Pursuant to E.D. Mich. LBR 9014-1, I hereby certify that no response to the Trustee's Motion for Entry of Order Authorizing Trustee to Compromise Claims was timely served upon the undersigned. The Trustee's Motion for Entry of Order Authorizing Trustee to Compromise Claims and Notice of same were filed with the Court and served upon interested parties on July 30, 2026 by the undersigned, as evidenced by the Certificate of Service previously filed on July 30, 2026.

Respectfully submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: August 25, 2026

/s/ Sandra L. O'Connor

SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-666
sandra@sandraoconnorlaw.com