UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
___________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

# ORDER AUTHORIZING TRUSTEE TO COMPROMISE CLAIMS

This matter having come before the Court upon the Trustee's Motion for Order Authorizing Trustee to Compromise Claims ("the Motion") with respect to the bankruptcy estate's claims against bankruptcy estate of Jacqueline Elizabeth Ard; no objections to the Motion having been timely filed and served; and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the Trustee is authorized to compromise the bankruptcy estate's claims against bankruptcy estate of Jacqueline Elizabeth Ard pursuant to the terms of the Settlement Agreement attached to the Motion as Exhibit A ("Settlement Agreement").

IT IS FURTHER ORDERED that the transfer of the following property by the unrecorded May 31, 2019 quitclaim deed from the debtor to Jacqueline Elizabeth Ard is avoided:

> Real Property located in Wayne County, City of Detroit, known as 15826 Appoline, Detroit, Michigan and legally described as:
>
> E APPOLINE 53 MILLS & KNEBUSHS BURGER SUB L56 P27 PLATS, W C R 22/296 36 X 106
>
> Tax Identification No. 22021109

("the Property"). The bankruptcy estate of Patricia Perry is the sole owner of the Property.

IT IS FURTHER ORDERED that, as provided by the Settlement Agreement, Kevin Campbell, Chapter 7 Trustee of Jacqueline Elizabeth Ard, is authorized to file a proof of claim in the amount of $97,143.94, less the proceeds received by the Ard estate pursuant to the Settlement Agreement, within fourteen (14) days of receipt of the Ard estate's share of the proceeds. This claim shall be treated as a tardily filed general unsecured claim under 11 U.S.C. § 726(a)(3) for distribution purposes notwithstanding the date the claim is filed. This claim shall be deemed allowed if filed accordance with this paragraph.

IT IS FURTHER ORDERED that this Order shall not take effect until the Settlement Agreement is also approved by the United States Bankruptcy Court for the District of South Carolina under Fed. R. Bankr. P. 9019(a).

**Signed on August 27, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**