UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| PATRICIA PERRY, | Chapter 7 |
| | Case No. 26-41320-MAR |
| Debtor. | Hon. Mark A. Randon |

____________________/

**MOTION FOR ORDER COMPELLING JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA TO VACATE PROPERTY OF THE ESTATE**

Stuart A. Gold, the Chapter 7 Trustee in this case, by his attorney Sandra O'Connor Law, PLLC, moves this Court for an Order pursuant to 11 U.S.C. §§ 105 & 542(a) Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate. (See Exhibit 1).

IN SUPPORT of the Motion, the Trustee states:

1. On February 9, 2026, Patricia Perry ("the Debtor") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2. Stuart A. Gold is the duly qualified and acting Chapter 7 Trustee of the Debtor's bankruptcy estate.

3. Pursuant to this Court's August 27, 2026 Order Authorizing Trustee to Compromise Claims ("the Compromise Order"), the bankruptcy estate is the sole

owner of real property located at 15826 Appoline, Detroit, Michigan ("the Property").[1]

3. Jacqueline Elizabeth Ard and Terry Frank Nicola currently reside at the Property. Ms. Ard and Mr. Nicola filed a Chapter 13 petition on April 10, 2025 in the United States Bankruptcy Court for the Southern District of South Carolina in case no. 25-01384-jd. The case was subsequently converted to Chapter 7. Kevin Campbell was duly appointed as the Trustee in that case.

4. Any possessory interests of Ms. Ard and Mr. Nicola with respect to the Property are property of the bankruptcy estate of Ms. Ard and Mr. Nicola.

5. Pursuant to the Settlement Agreement expressly authorized by the Compromise Order:

> Trustee Campbell waives any claims by the Ard bankruptcy estate to possession of the Property and agrees that Trustee Gold may immediately pursue possession of the Property from any person or entity in possession of the Property without notice to Trustee Campbell to enable Trustee Gold to secure, market, and sell the Property. Nothing in this Settlement Agreement shall be construed as abandoning, revesting in Ard, or otherwise transferring to Ard any possessory rights or claims that are or were property of the Ard bankruptcy estate.

(See Docket #38 at 14, ¶ 4).

---

[1] The Compromise Order provides that it shall not take effect until the Settlement Agreement is also approved by the United States Bankruptcy Court for the District of South Carolina. The South Carolina Bankruptcy Court approved the compromise at a hearing held on September 2, 2026 and an order will be forthcoming.

6. The Settlement Agreement requires the Trustee to sell the Property and to split the proceeds from the sale with the bankruptcy estate of Ms. Ard and Mr. Nicola. (Id. at 13, ¶ 3.)

7. The Property is a triplex. At the time the Property was inspected by the Trustee's realtor on or about July 29, 2026, the vacant areas of the unoccupied units, the basement, and portions of the unit in which Ms. Ard and Mr. Nicola reside were filled wall-to-wall with personal property.

8. The Property cannot be marketed for sale in its current condition because many areas of the Property are inaccessible due to the high volume of personal property. Jacqueline Elizabeth Ard and Terry Frank Nicola need to vacate the Property so that all items will be removed from the Property and it can be listed for sale.

**Argument**

9. The Property constitutes property of the bankruptcy estate that the Trustee may sell under 11 U.S.C. §§ 541 & 363(b). Additionally, the Compromise Order requires the Trustee to liquidate the Property.

10. Pursuant to 11 U.S.C. § 542(a), "an entity in possession, custody or control, during the case, of property that the Trustee may use, sell, or lease under Section 363 if this title, or that the debtor may exempt under section 522 of this title,

shall deliver to the Trustee, and account for, such property or the value of such property, unless such property is of inconsequential value or benefit of the estate."

11. Jacqueline Elizabeth Ard and Terry Frank Nicola need to vacate the Property so that it can be listed for sale.

WHEREFORE, Trustee respectfully requests that this Court enter an order compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to vacate the Property and render such other relief as the Court deems just.

Respectfully submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: September 2, 2026

/s/ Sandra L. O'Connor

SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
____________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**ORDER COMPELLING JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA TO VACATE PROPERTY OF THE ESTATE**

This matter having come before the Court upon the Chapter 7 Trustee's Motion to Compel Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate ("the Motion"); Notice of the Motion having been provided to Jacqueline Elizabeth Ard and Terry Frank Nicola; and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that Jacqueline Elizabeth Ard, Terry Frank Nicola, and any other occupants shall vacate the residential property located at 15826 Appoline, Detroit, Michigan ("the Property") by October 2, 2026.

IT IS FURTHER ORDERED that Jacqueline Elizabeth Ard and Terry Frank Nicola shall surrender all of the keys and garage door openers to the property to Fadie Ghallozi, the realtor for the Chapter 7 Trustee, by October 2, 2026.

**EXHIBIT 1**

IT IS FURTHER ORDERED that Jacqueline Elizabeth Ard and Terry Frank Nicola shall not damage, destroy, or remove any fixtures, improvements or appurtenances now in or on the premises of the property, including but not limited to light fixtures, cabinetry, plumbing fixtures, doors, shelves, ceiling fans, shades, blinds, drapery hardware, curtain rods, tacked down carpeting and installed flooring, ventilating fixtures, screens, storm sash, garage door (including any transmitters), water softener, furnace, air conditioner, propane tanks, built-in appliances, attached mirrors, attached humidifiers, awnings, TV antenna(s), cabling, rotors and controls, and landscaping.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
_____________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

5990 Hereford St
Detroit, MI 48224
xxx-xx-2572

**NOTICE AND OPPORTUNITY FOR HEARING ON TRUSTEE'S MOTION FOR ORDER COMPELLING JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA TO VACATE PROPERTY OF THE ESTATE**

Stuart A. Gold, the Chapter 7 Trustee of Patricia Perry, has filed a Motion for Order Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, within fourteen (14) days, you or your attorney must:

1. File with the Court a written response or answer, explaining your position at:[2]

**EXHIBIT 2**

[2] Response or answer must comply with F. R. Civ. P. 8(b)(c) and (e).

United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it before the 14 day period expires. All attorneys are required to file pleadings electronically.

You must also send a copy to:

Sandra L. O'Connor
Sandra O'Connor Law, PLLC
100 N. Pond Drive, Suite A
Troy, Michigan 48098

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

SANDRA O'CONNOR LAW, PLLC

Dated: September 2, 2026

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| PATRICIA PERRY, | Chapter 7 |
| | Case No. 26-41320-MAR |
| Debtor. | Hon. Mark A. Randon |

____________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed 1) Motion for Order Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate, 2) Proposed Order, 3) Notice, and 4) Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee

Stuart A. Gold, Esq.

Sharon Kay Grace-Moore, Esq.

and I also hereby certify that on September 2, 2026, I served by First Class Mail with the United States Postal Service 1) Motion for Order Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate, 2) Proposed Order, 3) Notice, and 4) Certificate of Service to the following non-ECF participants:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076

Jacqueline Elizabeth Ard
15826 Appoline
Detroit, MI 48227

Terry Frank Nicola
15826 Appoline
Detroit, MI 48227

# EXHIBIT 4

SANDRA O'CONNOR LAW, PLLC

Dated: September 2, 2026

/s/ Sandra L. O'Connor

SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com