**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 26−41320−mar
Chapter: 7
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
Patricia Perry
5990 Hereford St
Detroit, MI 48224

Social Security No.:
xxx−xx−2572

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

***41*** − Motion to Compel Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate , Proposed Order, Notice, and Certificate of Service Filed by Trustee Stuart A. Gold (O'Connor, Sandra)

***43*** − Motion for Reasonable Procedural Accommodations, and Protection of Meaningful Access to the Court Filed by Jacqueline Ard & Terry Nicola. (Al−H., S.)

will be held on: 10/5/26 at 10:00 AM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

EFFECTIVE: JANUARY 1, 2024. Note: Judge Randon is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503−1666, Conference ID 231 911 059# Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

Dated: 9/17/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court