UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
_____________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**TRUSTEE'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF SEVEN PAGES IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER COMPELLING JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA TO VACATE PROPERTY OF THE ESTATE**

Trustee Stuart A. Gold, by his counsel, moves this Court for entry of an Order Granting Trustee's Ex Parte Motion for Leave to File a Reply Brief in Excess of Seven Pages in Support of Trustee's Motion for Order Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate. (See Exhibit 1).

IN SUPPORT of the Motion, the Trustee states:

1. On September 2, 2026, the Trustee filed his Motion for Order Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate ("the Motion").

2. On September 16, 2026, Jacqueline Elizabeth Ard and Terry Frank Nicola filed a Response and Objection to the Motion ("the Response").

3. Pursuant to E.D. Mich. LBR 9014-1(f):

> A reply brief of not more than seven pages in length, including footnotes and signatures, may be filed and served not less than three Business Days before the hearing on the motion. A party seeking to file a brief in excess of the page length in this rule, must file an *ex parte* motion requesting permission to do so, setting forth the reasons to do so and specifying the page length for such brief.

4. The Response is eighteen (18) pages long and raises a myriad of issues.

5. The Trustee requests leave to file a reply brief in support of the Motion of nine (9) pages to sufficiently address the substance of the Response. Specifically, the Respondents have a pending bankruptcy case in South Carolina and the proceedings in South Carolina are relevant to this case and require discussion.

WHEREFORE, the Trustee respectfully requests that this Court enter an order allowing the Trustee to file a reply brief in excess of seven pages.

Respectfully Submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: September 17, 2026

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
_____________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF SEVEN PAGES IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER COMPELLING JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA TO VACATE PROPERTY OF THE ESTATE**

This matter having come before the Court upon the Trustee's Ex Parte Motion for Leave to File a Reply Brief in Excess of Seven Pages in Support of Trustee's Sale Motion ("the Motion"); the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the Trustee may file a reply brief not to exceed 9 pages in support of the Trustee's Motion for Order Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate.

# EXHIBIT 1