UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.

_____________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF SEVEN PAGES IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER COMPELLING JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA TO VACATE PROPERTY OF THE ESTATE**

This matter having come before the Court upon the Trustee's Ex Parte Motion for Leave to File a Reply Brief in Excess of Seven Pages in Support of Trustee's Sale Motion ("the Motion"); the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the Trustee may file a reply brief not to exceed 9 pages in support of the Trustee's Motion for Order Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate.

**Signed on September 18, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**