UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,

Debtor.
____________________/

Chapter 7
Case No. 26-41320-MAR
Hon. Mark A. Randon

**ORDER COMPELLING JACQUELINE ELIZABETH ARD AND TERRY FRANK NICOLA TO VACATE PROPERTY OF THE ESTATE**

This matter came before the Court upon the Chapter 7 Trustee's Motion to Compel Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate ("the Motion"). Jacqueline Elizabeth Ard and Terry Frank Nicola filed an Objection on September 16, 2026. The Court held a hearing on the Motion on October 5, 2026 and for the reasons stated on the record:

IT IS HEREBY ORDERED that Jacqueline Elizabeth Ard, Terry Frank Nicola, and any other occupants shall vacate the residential property located at 15826 Appoline, Detroit, Michigan ("the Property") by November 2, 2026.

IT IS FURTHER ORDERED that Jacqueline Elizabeth Ard and Terry Frank Nicola shall surrender all of the keys and garage door openers to the property to Fadie Ghallozi, the realtor for the Chapter 7 Trustee, by **November 2, 2026.**

IT IS FURTHER ORDERED that Jacqueline Elizabeth Ard and Terry Frank Nicola shall not damage, destroy, or remove any fixtures, improvements or

appurtenances now in or on the premises of the property, including but not limited to light fixtures, cabinetry, plumbing fixtures, doors, shelves, ceiling fans, shades, blinds, drapery hardware, curtain rods, tacked down carpeting and installed flooring, ventilating fixtures, screens, storm sash, garage door (including any transmitters), water softener, furnace, air conditioner, propane tanks, built-in appliances, attached mirrors, attached humidifiers, awnings, TV antenna(s), cabling, rotors and controls, and landscaping.

IT IS FURTHER ORDERED that any and all personal property left behind by Jacqueline Elizabeth Ard, Terry Frank Nicola, and any other occupants after vacating the Property shall be considered abandoned.

**Signed on October 5, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**