UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| PATRICIA PERRY, | Chapter 7 |
| | Case No. 26-41320-MAR |
| Debtor. | Hon. Mark A. Randon |

____________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically filed this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee

Stuart A. Gold, Esq.

Sharon Kay Grace-Moore, Esq.

and I also hereby certify that on October 5, 2026, I served by First Class Mail with the United States Postal Service the Court's October 5, 2026 Order Compelling Jacqueline Elizabeth Ard and Terry Frank Nicola to Vacate Property of the Estate to the following non-ECF participants:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076

Jacqueline Elizabeth Ard
15826 Appoline
Detroit, MI 48227

Terry Frank Nicola
15826 Appoline
Detroit, MI 48227

SANDRA O'CONNOR LAW, PLLC

Dated: October 5, 2026

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Trustee
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com