UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re: Chapter 7

Patricia Perry, Case Number 26-41320

Debtor. Hon. Mark A. Randon

_______________________________/

**ORDER REGARDING DEBTOR'S MOTION FOR REASONABLE PROCEDURAL ACCOMMODATIONS AND PROTECTION OF MEANINGFUL ACCESS TO THE COURT**

This matter is before the Court on Debtor's motion for reasonable procedural accommodations and protection of meaningful access to the Court. The Court acknowledges Debtor's requests outlined in the motion and will ensure Debtor receives reasonable accommodations and access to the Court should additional hearings be necessary.

**IT IS ORDERED**.

**Signed on October 5, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**