UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 7 |
| Patricia Perry, | Case Number 26-41320 |
| Debtor. | Hon. Mark A. Randon |

_______________________________/

**ORDER DENYING WITHOUT PREJUDICE DEBTOR'S MOTION FOR REFERRAL**

This matter is before the Court on Debtor's motion for referral to the United States Attorney. After reviewing the motion and otherwise being fully advised, the motion is **DENIED WITHOUT PREJUDICE**. The appropriate forum for this motion is the United States Bankruptcy Court for the District of South Carolina.

**IT IS ORDERED**.

**Signed on October 7, 2026**

**/s/ Mark A. Randon**

**Mark A. Randon**
**United States Bankruptcy Judge**